IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RANDIN DIVELBISS,

    Plaintiff,

v.

CHIEF SAM WOLLIN, OFFICER SMITH
and ADAMS POLICE DEPARTMENT,

    Defendants.

ORDER

Case No. 24-cv-230-jdp

---

RANDIN DIVELBISS,

    Plaintiff,

v.

DEPUTY MCFARLAND,

    Defendant.

ORDER

Case No. 24-cv-231-jdp

---

Plaintiff Randin Divelbiss has filed two proposed civil complaints. Plaintiff seeks to commence the lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

IT IS ORDERED that:

1. Plaintiffs Randin Divelbiss's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether either case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks

monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 10th day of April, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge